**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FB Debt Financing Guarantor, LLC, *et al.*,[1] | Case No. 23-10025 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: August 2, 2023** |

**NOTICE OF FILING OF MONTHLY STAFFING AND COMPENSATION
REPORT OF ANKURA CONSULTING GROUP, LLC FOR THE
PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

PLEASE TAKE NOTICE that on January 18, 2023, FB Debt Financing Guarantor, LLC and certain of its direct and indirect domestic subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel; and (II) Designating Stephen Marotta as Chief Restructuring Officer for the Debtors Effective as of the Petition Date* [D.I. 109], with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on February 6, 2023, the Court entered the *Order Approving Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel; and (II) Designating*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: FB Debt Financing Guarantor, LLC (1271); Old Forma Brands, LLC (f/k/a Forma Brands, LLC) (2520); Old Morphe, LLC (f/k/a Morphe, LLC) (8460); Forma Beauty Brands, LLC (5496); Seemo, LLC (5721); Jaclyn Cosmetics Holdings, LLC (6217); Such Good Everything, LLC (9530); Playa Products, Inc. (3602); and Old Jaclyn Cosmetics LLC (f/k/a Jaclyn Cosmetics LLC) (2690). The Debtors' service address is 10303 Norris Ave, Pacoima, CA 91331.

4880-0808-1009.1

*Stephen Marotta as Chief Restructuring Officer for the Debtors Effective as of the Petition Date* [D.I. 222] (the "Retention Order").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Retention Order, Ankura Consulting Group, LLC hereby files its monthly compensation and staffing report for the period from June 1, 2023 through June 30, 2023 (the "Staffing Report") in the form attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Retention Order, objections, if any, to the Staffing Report must be filed with the Court by **August 2, 2023.**

| | |
|---|---|
| Dated: July 19, 2023<br>Wilmington, Delaware | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br><br>*/s/ Catherine C. Lyons*<br>Erin. R. Fay (No. 5268)<br>Catherine C. Lyons (No. 6854)<br>222 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 304-7600<br>E-mails: efay@wsgr.com<br>　　　　　clyons@wsgr.com<br>- and -<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi (No. 2991)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>Lindsay Barca (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mails: gregg.galardi@ropesgray.com<br>　　　　　cristine.schwarzman@ropesgray.com<br>　　　　　lindsay.barca@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |