**EXHIBIT 1.A**
**FB DEBT FINANCING GUARANTOR, LLC, et al. - CASE NO. 23-10025 (KBO)**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Professional | Position | Function | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Stephen Marotta | Senior Managing Director | Chief Restructuring Officer | 1,285.00 | 3.5 | 4,497.50 |
| Brent Fletcher | Managing Director | Additional Personnel | 1,065.00 | 1.7 | 1,810.50 |
| Joseph Rhee | Senior Associate | Additional Personnel | 530.00 | 18.6 | 9,858.00 |
| Michelle Petruolo | Paraprofessional | Additional Personnel | 380.00 | 1.5 | 570.00 |
| **Total** | | | | **25.3** | **$ 16,736.00** |
| | | | | | |
| **Grand Total** | | | | | **$ 16,736.00** |

**EXHIBIT 1.B**
**FB DEBT FINANCING GUARANTOR, LLC, et al. - CASE NO. 23-10025 (KBO)**
**SUMMARY OF COMPENSATION EARNED BY CATEGORY**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Code | Time Category | Hours | Fees |
|---|---|---|---|
| 1 | Case Administration | 0.5 | 642.50 |
| 2 | Cash Forecasting and Liquidity Management | 4.1 | 3,806.00 |
| 3 | E-Commerce and Wholesale Business Operations | - | - |
| 4 | Corporate & Back Office Operations | 0.4 | 514.00 |
| 5 | Vendor Communications and Negotiations | - | - |
| 6 | Lender Discussions and DIP-Related Reporting | 0.5 | 642.50 |
| 7 | Schedules and Statements | - | - |
| 8 | Bankruptcy Hearings & Preparation | - | - |
| 9 | Meetings with Unsecured Creditor Committee / Addressing Unsecured Creditor Committee Requests | - | - |
| 10 | Claims Administration | 0.6 | 771.00 |
| 11 | Disclosure Statement & POR | - | - |
| 12 | REM Transaction and TSA | 0.4 | 514.00 |
| 13 | 363 Sale Process Support | - | - |
| 14 | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 17.3 | 9,276.00 |
| 15 | Contract Rejection & Assumption | - | - |
| 16 | Retention Application / Staffing Reports | 1.5 | 570.00 |
| 17 | Travel | - | - |
| **Total** | | **25.3** | **$ 16,736.00** |
| **Grand Total** | | | **$ 16,736.00** |

| Date | Professional | Task Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/1/2023 | Stephen Marotta | Claims Administration | 0.6 | 1,285 | 771.00 |
| 6/1/2023 | Stephen Marotta | REM Transaction and TSA | 0.4 | 1,285 | 514.00 |
| 6/21/2023 | Stephen Marotta | Cash Forecasting and Liquidity Management | 0.5 | 1,285 | 642.50 |
| 6/23/2023 | Stephen Marotta | Case Administration | 0.5 | 1,285 | 642.50 |
| 6/27/2023 | Stephen Marotta | Lender Discussions and DIP-Related Reporting | 0.5 | 1,285 | 642.50 |
| 6/30/2023 | Stephen Marotta | Cash Forecasting and Liquidity Management | 0.6 | 1,285 | 771.00 |
| 6/30/2023 | Stephen Marotta | Corporate & Back Office Operations | 0.4 | 1,285 | 514.00 |
| 6/5/2023 | Brent Fletcher | Cash Forecasting and Liquidity Management | 0.3 | 1,065 | 319.50 |
| 6/7/2023 | Brent Fletcher | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.2 | 1,065 | 213.00 |
| 6/14/2023 | Brent Fletcher | Cash Forecasting and Liquidity Management | 0.3 | 1,065 | 319.50 |
| 6/20/2023 | Brent Fletcher | Cash Forecasting and Liquidity Management | 0.3 | 1,065 | 319.50 |
| 6/27/2023 | Brent Fletcher | Cash Forecasting and Liquidity Management | 0.6 | 1,065 | 639.00 |
| 6/1/2023 | Joseph Rhee | Cash Forecasting and Liquidity Management | 0.8 | 530 | 424.00 |
| 6/7/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 2.3 | 530 | 1,219.00 |
| 6/7/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 1.4 | 530 | 742.00 |
| 6/7/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.8 | 530 | 424.00 |
| 6/7/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.6 | 530 | 318.00 |
| 6/7/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.3 | 530 | 159.00 |
| 6/8/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.6 | 530 | 318.00 |
| 6/8/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.8 | 530 | 424.00 |
| 6/8/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.9 | 530 | 477.00 |
| 6/12/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.8 | 530 | 424.00 |
| 6/13/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 2.2 | 530 | 1,166.00 |
| 6/13/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 3.0 | 530 | 1,590.00 |
| 6/15/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 2.8 | 530 | 1,484.00 |
| 6/16/2023 | Joseph Rhee | Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting) | 0.6 | 530 | 318.00 |
| 6/23/2023 | Joseph Rhee | Cash Forecasting and Liquidity Management | 0.2 | 530 | 106.00 |
| 6/23/2023 | Joseph Rhee | Cash Forecasting and Liquidity Management | 0.5 | 530 | 265.00 |
| 6/9/2023 | Michelle Petruolo | Retention Application / Staffing Reports | 0.9 | 380 | 342.00 |
| 6/16/2023 | Michelle Petruolo | Retention Application / Staffing Reports | 0.6 | 380 | 228.00 |
| **Total** | | | **25.3** | | **$ 16,736.00** |

**Total Compensation Earned, June 1 - 30, 2023** $ 16,736.00

**EXHIBIT 1.D**
**FB DEBT FINANCING GUARANTOR, LLC, et al. - CASE NO. 23-10025 (KBO)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Code | Professional | Hours | Rate | Fees |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 1 | Stephen Marotta | 0.5 | 1,285 | 642.50 |
| 1 | Brent Fletcher | - | 1,065 | - |
| 1 | Joseph Rhee | - | 530 | - |
| 1 | Michelle Petruolo | - | 380 | - |
| **Total Case Administration** | | **0.5** | | **642.50** |
| | | | | |
| **Cash Forecasting and Liquidity Management** | | | | |
| 2 | Stephen Marotta | 1.1 | 1,285 | 1,413.50 |
| 2 | Brent Fletcher | 1.5 | 1,065 | 1,597.50 |
| 2 | Joseph Rhee | 1.5 | 530 | 795.00 |
| 2 | Michelle Petruolo | - | 380 | - |
| **Total Cash Forecasting and Liquidity Management** | | **4.1** | | **3,806.00** |
| | | | | |
| **E-Commerce and Wholesale Business Operations** | | | | |
| 3 | Stephen Marotta | - | 1,285 | - |
| 3 | Brent Fletcher | - | 1,065 | - |
| 3 | Joseph Rhee | - | 530 | - |
| 3 | Michelle Petruolo | - | 380 | - |
| **Total E-Commerce and Wholesale Business Operations** | | **-** | | **-** |
| | | | | |
| **Corporate & Back Office Operations** | | | | |
| 4 | Stephen Marotta | 0.4 | 1,285 | 514.00 |
| 4 | Brent Fletcher | - | 1,065 | - |
| 4 | Joseph Rhee | - | 530 | - |
| 4 | Michelle Petruolo | - | 380 | - |
| **Total Corporate & Back Office Operations** | | **0.4** | | **514.00** |
| | | | | |
| **Vendor Communications and Negotiations** | | | | |
| 5 | Stephen Marotta | - | 1,285 | - |
| 5 | Brent Fletcher | - | 1,065 | - |
| 5 | Joseph Rhee | - | 530 | - |
| 5 | Michelle Petruolo | - | 380 | - |
| **Total Vendor Communications and Negotiations** | | **-** | | **-** |

**EXHIBIT 1.D**
**FB DEBT FINANCING GUARANTOR, LLC, et al. - CASE NO. 23-10025 (KBO)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Code | Professional | Hours | Rate | Fees |
|---|---|---|---|---|
| **Lender Discussions and DIP-Related Reporting** | | | | |
| 6 | Stephen Marotta | 0.5 | 1,285 | 642.50 |
| 6 | Brent Fletcher | - | 1,065 | - |
| 6 | Joseph Rhee | - | 530 | - |
| 6 | Michelle Petruolo | - | 380 | - |
| **Total Lender Discussions and DIP-Related Reporting** | | **0.5** | | **642.50** |
| **Schedules and Statements** | | | | |
| 7 | Stephen Marotta | - | 1,285 | - |
| 7 | Brent Fletcher | - | 1,065 | - |
| 7 | Joseph Rhee | - | 530 | - |
| 7 | Michelle Petruolo | - | 380 | - |
| **Total Schedules and Statements** | | **-** | | **-** |
| **Bankruptcy Hearings & Preparation** | | | | |
| 8 | Stephen Marotta | - | 1,285 | - |
| 8 | Brent Fletcher | - | 1,065 | - |
| 8 | Joseph Rhee | - | 530 | - |
| 8 | Michelle Petruolo | - | 380 | - |
| **Total Bankruptcy Hearings & Preparation** | | **-** | | **-** |
| **Meetings with Unsecured Creditor Committee / Addressing Unsecured Creditor Committee Requests** | | | | |
| 9 | Stephen Marotta | - | 1,285 | - |
| 9 | Brent Fletcher | - | 1,065 | - |
| 9 | Joseph Rhee | - | 530 | - |
| 9 | Michelle Petruolo | - | 380 | - |
| **Total Meetings with Unsecured Creditor Committee / Addressing Unsecured Creditor Committee Requests** | | **-** | | **-** |
| **Claims Administration** | | | | |
| 10 | Stephen Marotta | 0.6 | 1,285 | 771.00 |
| 10 | Brent Fletcher | - | 1,065 | - |
| 10 | Joseph Rhee | - | 530 | - |
| 10 | Michelle Petruolo | - | 380 | - |
| **Total Claims Administration** | | **0.6** | | **771.00** |

**EXHIBIT 1.D**
**FB DEBT FINANCING GUARANTOR, LLC, et al. - CASE NO. 23-10025 (KBO)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Code | Professional | Hours | Rate | Fees |
|---|---|---|---|---|
| **Disclosure Statement & POR** | | | | |
| 11 | Stephen Marotta | - | 1,285 | - |
| 11 | Brent Fletcher | - | 1,065 | - |
| 11 | Joseph Rhee | - | 530 | - |
| 11 | Michelle Petruolo | - | 380 | - |
| **Total Disclosure Statement & POR** | | **-** | | **-** |
| | | | | |
| **REM Transaction and TSA** | | | | |
| 12 | Stephen Marotta | 0.4 | 1,285 | 514.00 |
| 12 | Brent Fletcher | - | 1,065 | - |
| 12 | Joseph Rhee | - | 530 | - |
| 12 | Michelle Petruolo | - | 380 | - |
| **Total REM Transaction and TSA** | | **0.4** | | **514.00** |
| | | | | |
| **363 Sale Process Support** | | | | |
| 13 | Stephen Marotta | - | 1,285 | - |
| 13 | Brent Fletcher | - | 1,065 | - |
| 13 | Joseph Rhee | - | 530 | - |
| 13 | Michelle Petruolo | - | 380 | - |
| **Total 363 Sale Process Support** | | **-** | | **-** |
| | | | | |
| **Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting)** | | | | |
| 14 | Stephen Marotta | - | 1,285 | - |
| 14 | Brent Fletcher | 0.2 | 1,065 | 213.00 |
| 14 | Joseph Rhee | 17.1 | 530 | 9,063.00 |
| 14 | Michelle Petruolo | - | 380 | - |
| **Total Case Reporting and Compliance (Rule 2015.3 Report, MORs, UST Diligence, First Day Order Compliance and 341 Meeting)** | | **17.3** | | **9,276.00** |
| | | | | |
| **Contract Rejection & Assumption** | | | | |
| 15 | Stephen Marotta | - | 1,285 | - |
| 15 | Brent Fletcher | - | 1,065 | - |
| 15 | Joseph Rhee | - | 530 | - |
| 15 | Michelle Petruolo | - | 380 | - |
| **Total Contract Rejection & Assumption** | | **-** | | **-** |

**EXHIBIT 1.D**
**FB DEBT FINANCING GUARANTOR, LLC, et al. - CASE NO. 23-10025 (KBO)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Code | Professional | Hours | Rate | Fees |
|---|---|---|---|---|
| **Retention Application / Staffing Reports** | | | | |
| 16 | Stephen Marotta | - | 1,285 | - |
| 16 | Brent Fletcher | - | 1,065 | - |
| 16 | Joseph Rhee | - | 530 | - |
| 16 | Michelle Petruolo | 1.5 | 380 | 570.00 |
| **Total Retention Application / Staffing Reports** | | **1.5** | | **570.00** |
| **Travel** | | | | |
| 17 | Stephen Marotta | - | 1,285 | - |
| 17 | Brent Fletcher | - | 1,065 | - |
| 17 | Joseph Rhee | - | 530 | - |
| 17 | Michelle Petruolo | - | 380 | - |
| **Total Travel** | | **-** | | **-** |
| **Total** | | | $ | **16,736.00** |
| **Grand Total Time and Fees Earned** | | | $ | **16,736.00** |